Certificate Number: 15517-CAC-DE-023034147

Bankruptcy Case Number: 13-31491



15517-CAC-DE-023034147

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2014, at 11:23 o'clock PM MST, VERNALL R RITCHEY completed a course on personal financial management given by internet by ! Always Lowest  Price! Bankruptcy Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 22, 2014               By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Certificates Manager